JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIGHTON COLLECTIBLES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>IPPO JEWELRY CORP, a New York corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-06065-AB (JEMx)<br>Hon. André Birotte Jr.<br><br>**[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT IPPO JEWELRY CORP.** |

732360 1

In accordance with the Court's order granting the Motion for Entry of Default Judgment brought by Plaintiff Brighton Collectibles, LLC ("Plaintiff") filed and entered on February 21, 2017,

IT IS HEREBY ORDERED that Plaintiff is entitled to judgment against Defendant IPPO Jewelry Corp. ("Defendant") as follows:

1. Defendant shall pay Plaintiff $150,000 in statutory damages for its willful infringement of Plaintiff's Love Affair Heart copyright, VA-1-929-791; and

2. Defendant shall pay Plaintiff $6,600 in attorneys' fees.

IT IS FURTHER ORDERED that IPPO Jewelry Corp. and all predecessors, successors and related companies, each of their present and former members, managers, employees, representatives and agents, and any and all other persons acting by, through, under, or in concert with them, are permanently enjoined from designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting any products that incorporate designs substantially similar to, or that could be confused with, Brighton's copyrighted design known as the "Love Affair Heart," Copyright No. VA 1-929-791 , as pictured below:

///

732360 1

**[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION
AGAINST DEFENDANT IPPO JEWELRY CORP.**

**IT IS SO ORDERED.**

DATED: February 22, 2017

_____
Hon. André Birotte Jr.
United States District Judge

cc: Fiscal

732360 1

-2-

[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION
AGAINST DEFENDANT IPPO JEWELRY CORP.