UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIGHTON COLLECTIBLES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>IPPO JEWELRY CORP, a New York corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-06065-AB (JEMx)<br>Hon. André Birotte Jr.<br>Magistrate John E. McDermott<br><br>**[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | **PERMANENT INJUNCTION** |

# PERMANENT INJUNCTION

Pursuant to the settlement agreement and stipulation of the parties, the Court hereby permanently enjoins defendant IPPO Jewelry Corp. ("IPPO"), as well as IPPO's servants, employees, agents, representatives, and all persons or entities in active concert or participation with IPPO, from designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting any products that incorporate designs that are substantially similar to Plaintiff's Love Affair Heart copyright, VA 1-929-721.

# DISMISSAL WITH PREJUDICE

Except as provided herein, all claims in this action are hereby dismissed with prejudice, each party to bear its own costs.

The Court hereby retains jurisdiction to enforce compliance with this injunction and the parties' settlement agreement. Upon motion, this action may be reopened for said purpose.

**IT IS SO ORDERED.**

DATED: December 19, 2017

_____
André Birotte Jr
United States District Judge